UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EKO BRANDS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOLOFILL, LLC; and ROBERT VU, an individual, <br><br> Defendants. | Civil Action No. 4:20-cv-03732 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S FRCP 7.1 DISCLOSURE

Plaintiff Eko Brands, LLC hereby states pursuant to Federal Rule of Civil Procedure 7.1 that its parent company is Espresso Supply, Inc. and no publicly held corporation owns 10% or more of Plaintiff.

Dated:  October 30, 2020    Respectfully submitted,

/s/ Darin M. Klemchuk
Darin M. Klemchuk
Attorney-in-Charge
Texas State Bar No. 24037685
Southern District Bar No. 23662
darin.klemchuk@klemchuk.com
Christian Cowart
Texas Bar No. 24105748
Southern District Bar No. 3206703
christian.cowart@klemchuk.com
**KLEMCHUK LLP**
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: 214.367.6000
Facsimile:   214.367.6001

David A. Lowe (*Pro Hac Vice to be filed*)
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
Lowe@LoweGrahamJones.com

ATTORNEYS FOR PLAINTIFF
EKO BRANDS, LLC